

## WILENTZ, GOLDMAN & SPITZER P.A.

| | | | |
|---|---|---|---|
| DAVID T. WILENTZ (1919-1988) | ERIC JOHN MARCY | OF COUNSEL | SATISH V. POONDI |
| G. GEORGE GOLDMAN (1922-1959) | ROBERT C. KAUTZ²⁶ | ALAN B. HANDLER⁵ | KUSH SHUKLA²¹⁰ |
| HENRY M. SPITZER (1928-1988) | VIOLA S. LORDI² | FRANCIS V. BONELLO | RACHEL C. HEINRICH⁹ |
| WARREN W. WILENTZ (1949-2010) | LYNNE M. KIZIS | BRUCE M. KLEINMAN²⁶ | ANNEMARIE T. GREENAN⁹ |
| | KEVIN P. RODDY²⁶⁹ | C. KENNETH SHANK⁴ | ERIC M. FINKELSTEIN² |
| RICHARD F. LERT² | DANIEL S. BERNHEIM 3d¹³ | WILLIAM J. LINTON | NANOR L. TERJANIAN² |
| JOHN A. HOFFMAN | DAVID H. STEIN | | JENNA N. SHAPIRO⁷ |
| STEPHEN E. BARCAN | DOUGLAS WATSON LUBIC² | | DANIEL A. COZZI² |
| VINCENT P. MALTESE | DOMINICK J. BRATTI | COUNSEL | ANDREW GROUS²³ |
| DAVID M. WILDSTEIN | LISA A. GORAB² | RUTH D. MARCUS¹² | RISA M. CHALFIN |
| GORDON J. GOLUM | LAWRENCE F. JACOBS² | RICHARD J. BYRNES | JUSTIN HOLLANDER² |
| MARVIN J. BRAUTH² | FRED HOPKE† | JAMES E. TONREY, JR.² | LISA GORA |
| STUART A. HOBERMAN²³ | DONALD E. TAYLOR³ | DEIRDRE WOULFE PACHECO² | FOTINI KARAMBOULIS² |
| STEPHEN A. SPITZER | BRETT R. HARRIS² | ROBERTO BENITES | JUNE Y. LEE² |
| ANNE S. BABINEAU² | JEFFREY W. CAPPOLA | JONATHAN J. BART¹²³ | JASON J. KRISZA² |
| BRIAN J. MOLLOY◁ | ALFRED M. ANTHONY² | YVONNE MARCUSE | |
| RANDALL J. RICHARDS | DARREN M. GELBER²⁰ | ABBY RESNICK-PARIGIAN²³ | |
| JOSEPH J. JANKOWSKI | GRACE D. MACK² | ELIZABETH C. DELL² | |
| DAVID S. GORDON | DONNA M. JENNINGS | ROBERT L. SELVERS² | |
| FREDERICK J. DENNEHY | GIOVANNI ANZALONE | JOHN P. MURDOCH II | |
| ROY H. TANZMAN² | PETER A. GREENBAUM² | GREGORY D. SHAFFER²◁ | ◁ Certified Civil Trial Attorney |
| STEVEN J. TRIPP | WILLARD C. SHIH² | ALYSON M. LEONE² | ☐Certified Criminal Trial Attorney |
| JAY J. ZIZNEWSKI | LAWRENCE C. WEINER² | | † Certified Workers Comp. Attorney |
| JAMES E. TRABILSY | LAURIE E. MEYERS²⁴ | ASSOCIATES | 1 Not admitted NJ |
| MAUREEN S. BINETTI◁ | DAVID P. PEPE | LINDA LASHBROOK | 2 Admitted NY |
| ANTHONY J. PANNELLA, JR. | JOHN E. HOGAN² | STEPHANIE D. GIRONDA | 3 Admitted PA |
| MICHAEL J. BARRETT◁ | EVERETT M. JOHNSON² | LOUIS J. SEMINSKI, JR. | 4 Admitted CT |
| MICHAEL F. SCHAFF⁴⁷ | DANIEL R. LAPINSKI²³ | MICHAEL F. FRIED² | 5 Admitted DC |
| ANGELO JOHN CIFALDI | TODD E. LEHDER⁵⁷ | KEITH L. HOVEY²³ | 6 Admitted MA |
| KEVIN M. BERRY² | PHILIP A. TORTORETI¹¹,¹² | JOSEPH M. FREDA III | 7 Admitted MD |
| JOHN T. KELLY² | KELLY A. ERHARDT-WOJIE³ | MATTHEW SKOLNIK² | 8 Admitted VA |
| EDWIN LEAVITT-GRUBERGER² | ALEX LYUBARSKY² | VINCENT CHENG² | 9 Admitted CA |
| BARRY A. COOKE | ELLEN TORREGROSSA-O'CONNOR | JAMES TRACY | 10 Admitted FL |
| JON G. KUPILIK | MICHAEL A. PAFF² | DANIEL J. KLUSKA | 11 Admitted PR |
| PETER R. HERMAN² | JOSEPH J. RUSSELL, JR.² | KARIN K. SAGE | 12 Admitted VI |
| EDWARD T. KOLE | BARBARA J. KOONZ²,¹⁰ | | |

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial:** (732) 855-6066
**Direct Fax:** (732) 726-4735
**Email:** dlapinski@wilentz.com

December 11, 2015

**VIA ELECTRONIC CASE FILING:**

Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *DeMarco v. AvalonBay Communities, Inc.*
       <u>Civil Action No.: 15-628 (JLL)(JAD) (consolidated cases)</u>

Dear Judge Dickson:

Together with our co-counsel, Lite DePalma Greenberg, P.C. and Chimicles & Tikellis LLP, this office is Interim Co-Lead Counsel for plaintiffs. We write in follow up to the December 8, 2015 Case Management Conference and to address certain questions raised by the Court during that conference related to plaintiffs Voronov and Katz.

As an initial matter. we have confirmed with attorney Aaron Peskin that he and his law firm, the Ferrara Law Group, P.C., are registered on the Court's electronic case filing system ("ECF") and that they do, in fact, receive ECF notices related to this matter. Further, members of the Ferrara Law Group are in ongoing communication with Co-Lead Counsel and will continue such communication moving forward. To the extent questions related to either plaintiffs Voronov or Katz arise, those questions can and will be addressed by Co-Lead Counsel in concert with the Ferrara Law Group.

Consistent with the Consent Order entered on October 6, 2015 (Dkt. No. 59), plaintiffs Voronov and Katz have adopted the Consolidated Class Action Complaint filed in this matter and are included as named plaintiffs in the above matter. Further, on June 8, 2015, plaintiffs filed a Motion for

#8330942.1(162220.002)



December 11, 2015
Page 2

Class Certification (Dkt. No. 28) that remains pending.  That motion seeks to have plaintiffs Loposky, Guitierrez, Kemp, Cooley, DeMarco and Bayer named as class representatives.  The motion does not seek to have plaintiffs Voronov or Katz named as class representatives and plaintiffs' counsel do not intend to amend that pending motion.  Counsel do not believe there is any legal requirement that either Voronov or Katz, as named plaintiffs in a consolidated action, must also be appointed class representatives.

Lastly, since the December 8, 2015 conference, plaintiff Voronov has served responses to Defendant's various interrogatories and anticipates serving documents in response to various document requests in the near future.  Along the same lines, plaintiff Katz is expected to file responses to various discovery requests shortly.

We thank the Court for its consideration and are available to address any questions that the Court may have.

Respectfully submitted,

Daniel R. Lapinski

DRL/mm