# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALESSANDRO DEMARCO, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVALONBAY COMMUNITIES, INC., et al.,<br><br>Defendants. | Consolidated Civil Action No. 2:15-cv-00628-JLL-JAD<br><br>CLASS ACTION<br><br>ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT |

Before the Court is Plaintiffs' unopposed application requesting that the Court enter an Order granting final approval of a class action settlement involving Plaintiffs Ebony Cooley and Digna Gutierrez (hereinafter "Plaintiffs") and Defendant AvalonBay Communities, Inc. (hereinafter "Defendant"), as fair, reasonable and adequate, awarding attorneys' fees and costs to Class Counsel as outlined herein, and awarding an incentive payment to Plaintiffs as detailed below.

Having reviewed and considered the Stipulation of Class Action Settlement, the application for final approval of the settlement, an award of attorneys' fees and costs, and an incentive award to the Plaintiffs, and having conducted a final approval hearing, the Court makes the findings and grants the relief set forth below approving the settlement upon the terms and conditions set forth in this Order.

**THE COURT** not being required to conduct a trial on the merits of the case or determine with certainty the factual and legal issues in dispute when determining whether to approve a proposed class action settlement; and

**THE COURT** being required under Federal Rule of Civil Procedure 23(e) to make the findings and conclusions hereinafter set forth for the limited purpose of determining whether

the settlement should be approved as being fair, reasonable, adequate and in the best interests of the Settlement Class;

IT IS ON THIS 11 day of July, 2017,

**ORDERED** that:

1. The settlement involves allegations in Plaintiffs' Consolidated Class Action Complaint and Jury Demand against Defendant for Negligence and Private Nuisance related to the January 21, 2015 fire at the apartment complex known as The Avalon at Edgewater.

2. Defendant has denied any wrongdoing and denies all liability alleged in the Complaint;

3. The settlement does not constitute an admission of liability by Defendant, and the Court expressly does not make any finding of liability or wrongdoing by Defendant.

4. Unless otherwise noted, words spelled in this Order with initial capital letters have the same meaning as set forth in the Stipulation of Class Action Settlement.

5. On March 13, 2017 the Court entered a Preliminary Approval Order which among other things: (a) conditionally certified this matter as a class action, including defining the class and class claims, appointing Plaintiffs as Class Representatives, and appointing Co-Lead Counsel as Class Counsel; (b) preliminarily approved the First Amended Stipulation of Class Action Settlement; (c) approved the form and manner of Notice to the Settlement Class; (d) set deadlines for opt-outs and objections; (e) approved and appointed the Claims Adjuster; (f) approved and appointed the claims administrator; and (g) set the date for the Final Fairness Hearing.

6. In the Preliminary Approval Order, pursuant to *Rule* 23(b)(3), for settlement purposes only, the Court certified the Settlement Class, defined as follows:

    All residents and occupants of the Russell Building at Avalon at Edgewater as identified on the operative lease agreements as of January 21, 2015, whose property in a Russell Building apartment or storage unit was destroyed by The Fire.

7.  The Court, having reviewed the terms of the First Amended Stipulation of Class Action Settlement submitted by the parties pursuant to *Rule* 23(e)(2), grants final approval of the First Amended Stipulation of Class Action Settlement and defines the Settlement Class as defined therein and in the Preliminary Approval Order, and finds that the settlement is fair, reasonable and adequate and meets the requirements of *Rule* 23.

8.  The First Amended Stipulation of Class Action Settlement provides, in part, and subject to a more detailed description of the settlement terms in that Agreement, for:

    A. Defendant to institute a Settlement Claims Process as outlined in the First Amended Stipulation of Class Action Settlement whereby Class Members can submit claims that will be evaluated by a Claims Adjuster mutually agreed upon by Class Counsel and Defendant. Class Members who agree to participate in the settlement will not be required to indemnify AvalonBay for any insurance subrogation claims related to The Fire, and will not be releasing any right regarding subrogation that has not previously been released.

    B. Defendant to pay all costs of Claims Administration and Settlement Administration, including the cost of Claims Administrator, Claims Adjuster, mailing notice, and preparing and mailing checks.

    C. Defendant to pay the reasonable attorneys' fees of Class Counsel, which shall be limited to $1,900.00 for each Russell Building unit for which a Claim(s) is submitted and an award issued pursuant to this Settlement Agreement.

    D. Class Counsel to pay incentive awards of $2,500.00 per Class Representative.

9.  The terms of the First Amended Stipulation of Class Action Settlement Agreement are fair, adequate, and reasonable and are hereby approved, adopted, and incorporated by the Court. The parties, their respective attorneys, Claims Administrator, and the Claims Adjuster are hereby directed to consummate the settlement in accordance with this Order and the terms of the First Amended Stipulation of Class Action Settlement.

10. Notice of the Final Approval Hearing, the application for counsel fees and costs, and the proposed payments to the Class Representative have been provided to Settlement Class

Members as directed by this Court's Orders, and proof of Notice has been filed with the Court by Defendant.

11. The Court finds that such Notice as therein ordered, constitutes the best possible notice practicable under the circumstances and constitutes valid, due, and sufficient notice to all Settlement Class Members in compliance with the requirements of Rule 23(c)(2)(B).

12. Only 182 of potential settlement class members have requested to be excluded from the Settlement which is 66 of the 229 occupied Russell Building units, and less than 62% of the 294 residents and occupants of Russell Building units who were successfully mailed notices.

13. The Court has considered all the documents filed in support of the settlement, and has fully considered all matters raised, all exhibits and affidavits filed, all evidence received at the final hearing, all other papers and documents comprising the record herein, and all oral arguments presented to the Court.

14. Pursuant to the First Amended Stipulation of Class Action Settlement, Defendant, the Claims Administrator, Claims Adjuster, and Class Counsel shall implement the settlement in the manner and time frame as set forth therein.

15. Pursuant to the First Amended Stipulation of Class Action Settlement, Plaintiffs and the Settlement Class Members release claims as follows:

Any individual, class, representative, group or collective claim, cost, attorneys' fees, court and litigation expenses, judgment, liability, expense, right, controversy, demand, suit, matter, obligation, damage (including, but not limited to, contract damage, compensatory damage, tort damage for bodily injury, personal injury, emotional distress, property damage and/or any other claim and punitive damage), loss, action or cause of action, of every kind, character and description whatsoever, either direct or consequential, at law or in equity, that a Releasing Party has or may have, including assigned claims, whether known or unknown, asserted or unasserted, latent or patent, suspected or unsuspected, concealed or hidden, that is, has been, could have been or in the future might reasonably be asserted, inferred, implied, included or connected under any body of law (federal law, common law, or under the laws of any state) by the Releasing

Party either in the Court or any other court or forum, regardless of legal theory or relief claimed, and regardless of the type of relief or amount of damages claimed, against any of the Released Parties arising from, concerning or in any way relating to The Fire and/or the Avalon at Edgewater complex and/or the construction, leasing or operation by AvalonBay or its employees of the Avalon at Edgewater complex, including any claims asserted or which could have been asserted in the Action. Plaintiffs Ebony Cooley and Digna Guitierrez and each Settlement Class Member fully, finally and forever settle, release and discharge all Released Parties from and against any and all Released Claims, including Edgewater Financing, LLC, AvalonBay Communities, Inc. and its insurers including, without limitation, Houston Casualty Company, Network Adjusters, Inc., Indian Harbor Insurance Company, QBE Insurance Corporation, Great American Insurance Company of New York, National Surety Corporation, Ohio Casualty Insurance Company, Navigators Insurance Company, the lenders to Edgewater Financing, LLC, and all entities and individuals involved in the design or construction of the Avalon at Edgewater complex; and all of their current and former affiliates, parents, subsidiaries, predecessors, successors and assigns and their past, present and future officers, directors, agents, servants, employees, members, partners, shareholders, attorneys, legal representatives, heirs, executors and administrators and any person, company or entity associated with or acting on their behalf.

Upon occurrence of the Effective Date, and to the fullest extent permitted by law, Plaintiffs and each member of the Settlement Class either directly, indirectly, representatively, as a member or on behalf of the general public, or in any other capacity, are and shall be permanently barred and enjoined from commencing, prosecuting, or participating in any recovery in, any action in this or any other forum (other than participation in the settlement as provided for in this Stipulation) in which any of the Released Claims are asserted against the Released Parties.

Plaintiffs and each member of the Settlement Class have released all of their claims against Defendant that they could have brought in their Complaint including the release of all claims for personal injuries arising out of The Fire.

16. Pursuant to the First Amended Stipulation of Class Action Settlement, and in recognition of their efforts on behalf of the Settlement Class, the Court approves payments to Plaintiffs in the total amount of $2,500.00 each as an incentive payment for their efforts on behalf of the Settlement Class. Class Counsel shall make such payment in accordance with the terms of the First Amended Stipulation of Class Action Settlement.

17. The Court has appointed Benjamin F. Johns of Chimicles & Tikellis LLP; Bruce D. Greenberg of Lite DePalma Greenberg, LLC; and Daniel R. Lapinski of Wilentz, Goldman & Spitzer, P.A. as Class Counsel.

18. The Court, after careful review of the time entries and rates requested by Class Counsel, and after applying the appropriate standards required by relevant case law, hereby grants Class Counsel's application for attorneys' fees in the amount of $1,900 for each Russell Building unit for which a Claim(s) is submitted and an award issued pursuant to this Settlement Agreement. In addition, 6% shall be paid directly from the award received by each Claimant, which payment from each award shall include all costs and expenses for time already spent and time to be spent in this Litigation (excluding responding to Notices of Rejection, arbitration submissions, arbitration proceedings, appellate submissions and appellate proceedings as to which Class Counsel reserves the right to represent Class Members for an additional fee to be negotiated with the individual Class Member), including but not limited to finalizing the Settlement Agreement, preparing settlement documents, drafting briefs, communicating with the Settlement Class, attending hearings and monitoring of the settlement. Payment shall be made pursuant to the terms of the First Amended Stipulation of Class Action Settlement.

19. This Order resolves all claims against all parties in this action and is a final order.

20. The matter is hereby dismissed with prejudice and without costs except that the Court reserves jurisdiction over the consummation and enforcement of the settlement.

21. Counsel for the parties shall work together to ensure that notice of the entry of this order will be provided to class members who did not opt-out (and who can be identified) within five business days.

Honorable Claire C. Cecchi

# EXHIBIT A

# OPT-OUT LIST

| No. of Apts. | APT. NO. | NAME |
|---|---|---|
| 1 | 103 Russell | Yesol Lee |
|  | 103 Russell | Jeonggwan Lee |
| 2 | 105 Russell | Sarah Kaufman |
|  | 105 Russell | Emily Kaufman |
|  | 105 Russell | Noah Kaufman |
|  | 105 Russell | Roman Kaufman |
|  | 105 Russell | Aaron Kaufman |
| 3 | 106 Russell | Michelle Marlowe |
|  | 106 Russell | Rhonda Fishman |
| 4 | 124 Russell | Candida Boyette-Clemons |
|  | 124 Russell | Azza Symone Clemons |
|  | 124 Russell | Herbert Clemons |
| 5 | 130 Russell | Satoko Yokoyama |
|  | 130 Russell | Yataro Yokoyama |
|  | 130 Russell | Tetsuya Yokoyama |
| 6 | 134 Russell | Hamza Alkhayyat |
| 7 | 136 Russell | Altagracia Correa |
| 8 | 137 Russell | Judy Moon |
|  | 137 Russell | Carson Moon |
|  | 137 Russell | Zoe Moon |
|  | 137 Russell | Kyung Moon |
|  | 137 Russell | Tae Moon |
| 9 | 141 Russell | Sandra Medina |
|  | 141 Russell | Christopher Medina |
| 10 | 153 Russell | Andrew Paquin |
|  | 153 Russell | Inger Gomez |
| 11 | 154 Russell | Duk Kyu Kim |
|  | 154 Russell | Eun Hye Yeo |
|  | 154 Russell | Yool Kim |

| | | |
|---|---|---|
| 12 | 160 Russell | Anton Meshchankin |
| | 160 Russell | Alla Lyfenko |
| | 160 Russell | Anna Meshchankina |
| | 160 Russell | Kirill Meshchankin |
| | | |
| 13 | 207 Russell | Katharine Mularczyk |
| | | |
| 14 | 208 Russell | Karina Gonzalez Chhabra |
| | 208 Russell | Mohina Chhabra |
| | 208 Russell | Francisco Gonzalez |
| | | |
| 15 | 211 Russell | Gabriel Cavellucci-Landi |
| | 211 Russell | Lucas Cavellucci-Landi |
| | 211 Russell | Jan Carlo Landi |
| | 211 Russell | Carla Cavellucci-Landi |
| | | |
| 16 | 215 Russell | Yeon Hee Kim |
| | 215 Russell | Lena Yeon Kim |
| | 215 Russell | Sungyoung Chung |
| | | |
| 17 | 216 Russell | Parimala Rao |
| | 216 Russell | Aditya Rao |
| | 216 Russell | Punjavi Manoj |
| | | |
| 18 | 218 Russell | Heba Alhejji |
| | 218 Russell | Maryam Zainaddin |
| | 218 Russell | Noor Zainaddin |
| | 218 Russell | Zainab Zainaddin |
| | 218 Russell | Aqeel Zainaddin |
| | | |
| 19 | 219 Russell | Sarah Jacobo |
| | 219 Russell | Lisette Jacobo |
| | | |
| 20 | 220 Russell | Qiana Aviles |
| | 220 Russell | Yvette Perez |
| | | |
| 21 | 227 Russell | Taewon Kim |
| | 227 Russell | Donghee Koo |
| | 227 Russell | Eyan Kim |
| | 227 Russell | Gavin Kim |
| | | |
| 22 | 233 Russell | Gianni Davis |
| | 233 Russell | Danielle Fields |
| | 233 Russell | Eric Davis |

|    | Address     | Name                      |
|----|-------------|---------------------------|
|    | 233 Russell | Tariq Witherspoon         |
|    |             |                           |
| 23 | 235 Russell | Lillian Wanek             |
|    | 235 Russell | Curt Wanek                |
|    | 235 Russell | Jessica Wanek             |
|    |             |                           |
| 24 | 236 Russell | Mohammedamin Mulla        |
|    | 236 Russell | Anjunmara Mulla           |
|    |             |                           |
| 25 | 251 Russell | Monica Zlotogorski        |
|    |             |                           |
| 26 | 252 Russell | Marina Rubinstein         |
|    | 252 Russell | Jasmin Putyatina          |
|    | 252 Russell | Alla Zakharova            |
|    | 252 Russell | Fedor Zakharov            |
|    |             |                           |
| 27 | 253 Russell | Doyoung Kim               |
|    | 253 Russell | Bo M. Kim                 |
|    | 253 Russell | Ellie Kim                 |
|    |             |                           |
| 28 | 254 Russell | Elvira Yamilova           |
|    | 254 Russell | Alfiia Iamilova           |
|    | 254 Russell | Maxim Kornev              |
|    | 254 Russell | Gianna Stathopoulos       |
|    | 254 Russell | Konstantinio Stathopoulos |
|    |             |                           |
| 29 | 303 Russell | Rhonda Gardner            |
|    |             |                           |
| 30 | 304 Russell | Sylvester Odiase          |
|    | 304 Russell | Ikelia Harriott           |
|    |             |                           |
| 31 | 305 Russell | Tracey Blank              |
|    | 305 Russell | Mark Blank                |
|    | 305 Russell | Cooper Blank              |
|    | 305 Russell | Miles Blank               |
|    |             |                           |
| 32 | 308 Russell | Aditi Saraf-Bazaz         |
|    | 308 Russell | Gaurav Bazaz              |
|    |             |                           |
| 33 | 314 Russell | Maria Isabel Pinilla      |
|    | 314 Russell | Nicolas Warren            |
|    |             |                           |
| 34 | 316 Russell | Tahir Jamil               |
|    | 316 Russell | Sophia Jamil              |
|    | 316 Russell | Saira Jamil               |

|    | 316 Russell | Taimur Jamil |
|----|-------------|--------------|
|    |             |              |
| 35 | 318 Russell | Onur Oruc    |
|    | 318 Russell | Elif Oruc    |
|    | 318 Russell | Nuran Namal  |
|    | 318 Russell | Necati Oruc  |
|    | 318 Russell | Esra Oruc    |
|    |             |              |
| 36 | 321 Russell | Ali Abukhamsin |
|    |             |              |
| 37 | 324 Russell | Kyung Mi Bae |
|    | 324 Russell | Dongwan Choi |
|    | 324 Russell | Junkyung Choi |
|    |             |              |
| 38 | 326 Russell | Roslyn Sandifer |
|    | 326 Russell | Jon Marc Sandifer |
|    |             |              |
| 39 | 331 Russell | Charmant, Inc. |
|    | 331 Russell | Sota Osakada |
|    | 331 Russell | Yu Osakada   |
|    | 331 Russell | Mutsumi Osakada |
|    |             |              |
| 40 | 333 Russell | Avivit Fisher |
|    | 333 Russell | Maximilian Schmeeckle |
|    | 333 Russell | Jon Schmeeckle |
|    |             |              |
| 41 | 334 Russell | Dawood Almesher |
|    |             |              |
| 42 | 339 Russell | Chang Hyun Lee |
|    | 339 Russell | Joo Hyun Lee |
|    | 339 Russell | Hee Young Lee |
|    |             |              |
| 43 | 340 Russell | Yuma Kataoka |
|    | 340 Russell | Tomomi Kataoka |
|    | 340 Russell | Hiroshi Kataoka |
|    |             |              |
| 44 | 341 Russell | Pierre Romain |
|    |             |              |
| 45 | 342 Russell | Melissa Torres |
|    | 342 Russell | Michael Gutierrez |
|    |             |              |
| 46 | 345 Russell | Froilan Pinili |
|    | 345 Russell | Danielle Krause |
|    |             |              |
| 47 | 350 Russell | Rosina Barbastefano Aragon |

|    | Address      | Name                  |
|----|--------------|-----------------------|
|    | 350 Russell  | Isabela Quintero      |
|    |              |                       |
| 48 | 353 Russell  | Amishi Mittal         |
|    | 353 Russell  | Hemang Mittal         |
|    | 353 Russell  | Divya Agarwal         |
|    | 353 Russell  | Amit Mittal           |
|    |              |                       |
| 49 | 355 Russell  | Zohar Maimon          |
|    |              |                       |
| 50 | 401 Russell  | Tim Baek              |
|    | 401 Russell  | Esther Shin           |
|    | 401 Russell  | Joshua Baek           |
|    |              |                       |
| 51 | 407 Russell  | Ramon Pagan           |
|    | 407 Russell  | Carmon Pagan          |
|    | 407 Russell  | Katherine Pagan       |
|    |              |                       |
| 52 | 409 Russell  | Michael Zorya         |
|    | 409 Russell  | Alexey Zorya          |
|    | 409 Russell  | Olesya Zorya          |
|    |              |                       |
| 53 | 412 Russell  | Nicole Jacobson       |
|    | 412 Russell  | Monica Jacobson       |
|    | 412 Russell  | Douglas Jacobson      |
|    | 412 Russell  | Douglas Jacobson, Jr. |
|    |              |                       |
| 54 | 413 Russell  | Brian D. Mogck        |
|    | 413 Russell  | Juliane T. Mogck      |
|    | 413 Russell  | Vincent Mogck         |
|    | 413 Russell  | David Mogck           |
|    |              |                       |
| 55 | 415 Russell  | Michael P. Reilly     |
|    | 415 Russell  | Karen S. Higginbotham |
|    |              |                       |
| 56 | 419 Russell  | Noriaki Masuda        |
|    | 419 Russell  | Hana Masuda           |
|    | 419 Russell  | Sawa Masuda           |
|    | 419 Russell  | Kozue Masuda          |
|    |              |                       |
| 57 | 431 Russell  | Donghun Lee           |
|    | 431 Russell  | Jooyoung Park         |
|    |              |                       |
| 58 | 432 Russell  | Ryan Kim              |
|    | 432 Russell  | Yoon Young Choi       |
|    | 432 Russell  | Dong Joon Kim         |

| | | |
|---|---|---|
| 59 | 433 Russell | Marat Yusipov |
| | 433 Russell | Kirill Safarov |
| | 433 Russell | Albina Safarov |
| | 433 Russell | Elsa Safarova |
| | | |
| 60 | 434 Russell | Miyoko Kawaguchi |
| | 434 Russell | Kota Kawaguchi |
| | | |
| 61 | 435 Russell | Martin Walters |
| | | |
| 62 | 437 Russell | Nicholas King |
| | 437 Russell | John Kang |
| | 437 Russell | Bianca Kang |
| | | |
| 63 | 439 Russell | Navin Rao |
| | 439 Russell | Aanchal Rao |
| | 439 Russell | Veena Rao |
| | | |
| 64 | 445 Russell | Barry Kay |
| | 445 Russell | Lindsay Styles |
| | | |
| 65 | 446 Russell | Kevin Hong |
| | | |
| 66 | 458 Russell | Mohanad Hasan |
| | 458 Russell | Rand Ameer |
| | 458 Russell | Zain Hasan |
| | 458 Russell | Tammar Hasan |